AO 91 (Rev. 11/11) Criminal Complaint

Filed 10-12-2021 Clerk, U.S. District Court Western District of Texas By CR Deputy

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

United States of America
v.
Milagros SALAS Ortega

*Defendant(s)*

Case No. EP21-mj-2215 ATB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 08, 2021 in the county of El Paso in the Western District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 21 U.S.C. § 952 | Knowingly and intentionally, import into the United States, from the Republic of Mexico, approximately 42.58 kilograms (gross weight) of Methamphetamine, a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Rene J. Ortega, HSI Task Force Officer

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/12/2021

*Judge's signature*

City and state: El Paso, Texas

Anne T. Berton, U.S. Magistrate Judge

*Printed name and title*

Oath Telephonically Sworn
Date: 10-12-2021
At 1:29 AM/PM
Fed.R.Crim.P 4 1(b)(2)(A)

**AFFIDAVIT**

On October 08, 2021, Milagros SALAS Ortega applied for entry into the United States (U.S.) from the Republic of Mexico (MX) at the Paso Del Norte (POE), El Paso, Texas (TX) which is within the Western District of Texas. Milagros SALAS was the driver of a Grey 2014 Nissan Sentra bearing TX license plate PTL4588. The vehicle contained 42.58kgs of Methamphetamine.

On Friday October 08, 2021, Customs and Border Protection officer Dominick Apodaca was assigned to primary vehicle lane 3 at the Paso Del Norte POE. At approximately 9:23 am, Milagros SALAS applied for entry into the United States. Officer Apodaca asked SALAS where she was going and she stated she was going to El Paso. When asked, SALAS stated the vehicle was hers and the vehicle was in her name. SALAS stated she did not have anything to declare. SALAS stated she resides in Cd. Juarez and is currently unemployed. Officer Apodaca referred SALAS to secondary for further inspection.

In Secondary, Officer Navarrette asked SALAS where she was going. SALAS stated she was going to buy a cell phone in El Paso, TX. When asked, SALAS stated the vehicle was hers and no one else has driven her vehicle in the past week. SALAS stated the vehicle is always in her possession and she has owned the vehicle for approximately one month. SALAS stated she did not have anything to declare.

Canine Enforcement Officer Gerardo Cruz and his Narcotics Human Detector Dog (NHDD) "Atoss" #160156 were requested to screen the 2014 Nissan Sentra with Texas registration PTL4588. During screening of the vehicle, "Atoss" alerted to the presence of a trained odor and indicated by sitting under the glove box of the vehicle. Milagros SALAS was escorted to a secure location for further inspection.

Further inspection of the vehicle revealed twenty-six (26) cellophane wrapped bundles located in a non-factory floor compartment under the driver and passenger seats. A random bundle was tested which yielded positive result for Methamphetamine. The total gross weight was 42.58kgs of Methamphetamine.

Homeland Security Investigation Task Force Officer (TFO) Rene Ortega, Special Agents (SA) Luis Del Mercado and Nicholas Pena provided SALAS her Miranda Statement of Rights in the Spanish language. SALAS read and acknowledged verbally and in writing that she understood her rights and agreed to make a statement without the presence of an attorney.

During the recorded interview SALAS admitted to agents that she was going to get paid $4,500 USD to cross narcotics into the United States but did not know where she was taking it. SALAS admitted that it was her second time smuggling narcotics in which she was paid $3,500 USD and delivered the narcotics to Austin, TX. SALAS believed she was crossing liquid cocaine and wanted this to be her last trip crossing narcotics. SALAS stated she dropped off the car two days prior to crossing the Port of Entry with the intentions of having her vehicle loaded with narcotics. SALAS stated she did it for the money.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.